IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>BRANDON GATZ<br>　　　　　Defendant,<br><br>and<br><br>HCL AMERICA, INC.,<br>　　　　　Garnishee. | CASE NO. DNCW3:01CR79-4<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on the government's "Motion for Dismissal of Writ of Continuing Garnishment" (Document No. 213) filed November 7, 2017. For the reasons stated therein, and for good cause shown, it is **ORDERED** that the Writ of Continuing Garnishment filed in this case against Defendant Brandon Gatz is **DISMISSED**.

Signed: November 7, 2017

David C. Keesler
United States Magistrate Judge