UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-79-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BRANDON GATZ,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment. As defendant is no longer employed by Field Nation, LLC, the court agrees that it is futile to continue garnishing wages from that employer. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#223) is **GRANTED**, and the Order of Continuing Garnishment (#221) filed on March 20, 2018 is **DISMISSED**.

Signed: March 30, 2018

Max O. Cogburn Jr.
United States District Judge