IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:01-CR-079-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| BRANDON GATZ, | ) |
| Defendant, | ) |
| and | ) |
| PYRAMID CONSULTING, INC., | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 232) filed December 8, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that Defendant Gatz is no longer employed by Garnishee Pyramid Consulting, Inc. (Document No. 232).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 232) is **GRANTED**.

Signed: December 9, 2021

David C. Keesler
United States Magistrate Judge